IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELSA VAZQUEZ TORRES, Individually and as Representative of the Estate of ANASTASIOS MAKRIS | * * * * | CIVIL ACTION<br><br>NO. 2:12-cv-00541 |
| VS. | * * | SECT. A MAG. 2 |
| CHIOS STAR ENE, HARBOR SHIPPING & TRADING SA, AND SUNRISE SHIPPING AGENCY, INC., *in personam*, AND M/V CHIOS STAR, *in rem*. | * * * * * | JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE JOSEPH C. WILKINSON, JR. |

*******************************************

## ORDER

The Court has considered Elsa Vazquez Torres' Motion to Dismiss without Prejudice and is of the opinion that her Motion is meritorious. It is therefore **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that the action brought by Elsa Vazquez Torres be hereby dismissed without prejudice. All parties shall bear their own costs.

**IT IS SO ORDERED** this 24th day of April, 2012, at New Orleans, Louisiana.

_____
**THE HONORABLE JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**